IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LINDA HUFFMAN,**

    Plaintiff,

v.

**DOLGENCORP, INC., et al,**

    Defendants.                            Case No. 10-CV-315-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 9, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                          **NANCY J. ROSENSTENGEL,**
                                          **CLERK OF COURT**


                                        **BY:**         **/s/*Sandy Pannier***
                                                         **Deputy Clerk**

Dated: May 19, 2011

Digitally signed by David R. Herndon
Date: 2011.05.19 13:02:13 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT